UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JAMES FRANCIS MURPHY,<br><br>            Defendant. | Criminal Case No. 08CR716-W<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1028(a)(4) and (b)(6) - Use of a False Identification Document (Misdemeanor);<br>Title 18, U.S.C., Sec. 1036(a)(4) and (b)(2) - Attempted Entry into Secure Area of Any Airport (Misdemeanor);<br>Title 18, U.S.C., Sec. 716(a) - Unauthorized Possession of Official Insignia (Misdemeanor) |

The United States Attorney charges:

Count 1

On or about February 16, 2008, within the Southern District of California, defendant JAMES FRANCIS MURPHY, did knowingly and without lawful authority, possess a false identification document with the intent to defraud the United States, to wit: defendant presented a badge and credentials to Transportation Security Administration officials identifying himself as a diplomat in an attempt to bypass security screening at an International Airport; in violation of Title 18, United States Code, Sections 1028(a)(4) and (b)(6), a misdemeanor.

## Count 2

On or about February 16, 2008, within the Southern District of California, defendant JAMES FRANCIS MURPHY, by fraud or false pretenses, to wit: falsely claiming he was a diplomat and ambassador whose bags were not subject to search, attempted to enter a secure area of an airport, to wit: San Diego International Airport, in violation of Title 18, United States Code, Sections 1038(a)(4) and (b)(2), a misdemeanor.

## Count 3

On or about February 16, 2008, within the Southern District of California, defendant JAMES FRANCIS MURPHY, being a person not authorized to possess a genuine official insignia under the law of the place in which the badge is the official insignia, knowingly transported that badge in interstate commerce, to wit: defendant attempted to travel out of state aboard a commercial aircraft using a credential and badge identifying him as a diplomat that contained the official State Seal of California, when in fact defendant is not a public employee for the state of California and therefore not entitled to possess or transport that seal; in violation of Title 18, United States Code, Section 716(a), a misdemeanor.

DATED: 12 March 2008

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney