# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08CR0716 W

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  08MJ0521-NLS |
| vs | ) | ABSTRACT OF ORDER |
| James Murphy | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __March 12, 2008__ the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ _____ Defendant released on $ __60,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____
             Deputy Clerk

Received _____
             DUSM

Crim-9   (Rev 6-95)                                                                         ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY