PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 APR 15 AM 10: 04



**U. S. A. vs. MURPHY, JAMES FRANCIS**                              Docket No. 08CR0716W-001

### Petition for Action on Conditions of Pretrial Release

Comes now David Horton, Pretrial Services Officer, presenting an official report upon the conduct of defendant MURPHY, JAMES FRANCIS who was placed under pretrial release supervision by the Honorable Nita L. Stormes sitting in the court at San Diego, on the 11th day of March, 2008, under the following conditions:

Not violate any Federal, State, or local law during the pendency of the case; restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm, dangerous weapon, or destructive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; surrender all firearms and provide proof to Pretrial Services; surrender passport and all other travel documents to Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated:** Not possess any firearm, dangerous weapon, or destructive device during the pendency of the case.

1) On April 2, 2008, approximately 3,800 rounds of ammunition were found at the defendant's residence. Included in this total were approximately 1,100 AK-47 rounds and approximately 700 M-16 rounds, with the remainder being shotgun shells and handgun rounds.

**Grounds for Violation:** On April 8, 2008, the undersigned was notified by telephone by Assistant United States Attorney Fred Sheppard of specific items found in a search of the defendant's home on April 2, 2008, to include: approximately 3,800 rounds of ammunition, including approximately 1,100 AK-47 rounds and approximately 700 M-16 rounds, with the remainder being shotgun shells and handgun rounds.

**Condition Violated:** Not violate any Federal, State, or local law during the pendency of the case.

1) On April 2, 2008, three (3) handgun magazines were found at the defendant's residence which each have a capacity of greater than 10 rounds of ammunition (specifically 13 rounds), in violation of California Penal Code 12020(a)(2),(b)(c)25.

**Grounds for Violation:** On April 8, 2008, the undersigned was notified by telephone by Assistant United States Attorney (AUSA) Fred Sheppard of specific items found in a search of the defendant's home on April 2, 2008, to include: at least two magazines which each have a capacity of greater than 10 rounds of ammunition. On April 14, 2008, AUSA Sheppard verified by telephone there were exactly three magazines found at the defendant's residence each with a capacity of 13 rounds of ammunition.

MURPHY, James Francis
DKT # 08CR0716W-001
Page 2

PRAYING THAT THE COURT WILL ORDER THE TO APPEAR IN COURT APRIL 17, 2008, AT 9:30 A.M. TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 14th day of April, 2008 and ordered filed and made a part of the records in the above case. | Executed on: 4/14/2008 |
| | Respectfully, |
| *signature* | *signature* |
| U. S. Magistrate Judge Nita L. Stormes | David Horton, U.S. Pretrial Services Officer |
| | Place   San Diego, California |
| | Date   April 14, 2008 |