# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
*James Francis Murphy* )
)
)
)

CASE NUMBER _O8 CR 716 - W_

ABSTRACT OF ORDER

Booking No. _O7 3 2 7 2 9 8_

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _April 17, 2008_

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓_____ Case Dismissed. → As to O8CR716-W → *ONLY*

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓_____ Other. *Dft. Indicted in O8CR1196-W, Dft. already released on bond.*

**NITA L. STORMES**

UNITED STATES MAGISTRATE JUDGE

OR

Received_____

DUSM

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**